```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18152
    COURTNEY L PATTERSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-6611


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/03/2007 and was not confirmed.

     The case was dismissed without confirmation 03/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------

AMSHER COLLECTION SERVIC  UNSECURED      NOT FILED           .00           .00
BENNETT & DELONEY         UNSECURED      NOT FILED           .00           .00
CHECK VELOCITY            UNSECURED      NOT FILED           .00           .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED        4104.47           .00           .00
COOK COUNTY STATES ATTY   UNSECURED      NOT FILED           .00           .00
CORTRUST BANK             UNSECURED      NOT FILED           .00           .00
COSMOPOLITAN              UNSECURED      NOT FILED           .00           .00
CREDIT ACCEPTANCE CORP    FILED LATE          .00            .00           .00
ESSENSE                   UNSECURED      NOT FILED           .00           .00
ROUNDUP FUNDING LLC       UNSECURED        1160.14           .00           .00
FIRST FINANCIAL BANK      UNSECURED        1337.83           .00           .00
FIRST PREMIER BANK        UNSECURED      NOT FILED           .00           .00
ILLINOIS DEPARTMENT OF E  UNSECURED        1750.00           .00           .00
JEFFERSON CAPITAL SYSTEM  FILED LATE          .00            .00           .00
NCO FINANCIAL SERVICES    UNSECURED      NOT FILED           .00           .00
NICOR GAS                 UNSECURED        1393.31           .00           .00
PEOPLE MAGAZINE           UNSECURED      NOT FILED           .00           .00
US DEPT OF EDUCATION      UNSECURED            .00           .00           .00
VIBE VIXEN                UNSECURED      NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 18152 COURTNEY L PATTERSON
```

```
DEBTOR REFUND                                                        .00
                                   ---------------    ---------------
TOTALS                                        .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 05/26/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```